UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM C. MCGEE,

      Petitioner,                         Honorable Linda V. Parker
                                          Case No. 2:26-cv-11861

v.      ERIC RARDIN,


      Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for a

Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, the Honorable Linda V. Parker,

United States District Judge, presiding, and in accordance with the Opinion & Order

entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas

Corpus is **DISMISSED WITH PREJUDICE**.

                                       s/LINDA V. PARKER
                                       United States District Judge

Dated:  July 5, 2026